THE STATE EX REL. DREYER, APPELLANT, *v.* ANDERSON
TOWNSHIP ET AL., APPELLEES.

[Cite as *State ex rel. Dreyer v. Anderson Twp.,*
107 Ohio St.3d 295, 2005-Ohio-6511.]

(No. 2005–0503—Submitted October 25, 2005—Decided December 28, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

The Law Office of James A. Whittaker, L.L.C., and James A. Whittaker, for appellant.

Jim Petro, Attorney General, and Andrew J. Alatis, Assistant Attorney General, for appellee Industrial Commission of Ohio.